TRINA A. HIGGINS, United States Attorney (#7349)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
2023 FEB 13
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. AMBER ROSE TURNER, Defendant. | Case No. Case No. 1:22cr31 DBB<br><br>FELONY INFORMATION<br><br>COUNT 1: 18 U.S.C. § 2252A(a)(5)(B) and (b)(2), POSSESSION OF CHILD PORNOGRAPHY.<br><br>Judge David Barlow |
|---|---|

The United States Attorney charges:

### COUNT 1
18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
(Possession of Child Pornography)

Beginning on a date unknown and continuing until on or about August 6, 2021, in the District of Utah,

AMBER ROSE TURNER,

the defendant herein, did knowingly possess any material which contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which images

1

were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 2253, upon conviction of any offense violating 18 U.S.C. § 2252A the defendant shall forfeit to the United States of America: (i) any visual depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to:

- Samsung Galaxy S7 cell phone

TRINA A. HIGGINS
United States Attorney

_/s/ Carol A. Dain_
CAROL A. DAIN
Assistant United States Attorney